# United States District Court
# For The Western District of North Carolina
# Statesville Division

JULIUS C. COX,

       Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                         CASE NO. 5:10CV93-2-MU

OFFICER SMATHER, Correctional Officer
at Alexander Correctional Institution,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 27, 2010, Order.

                                                           Signed: July 27, 2010

                                                           */s/ Frank G. Johns*
                                                           Frank G. Johns, Clerk
                                                           United States District Court